■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH PENA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 23, 1977, convicting him of robbery in

the first degree and criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed (see *People v Turrell,* 66 AD2d 862). Damiani, Rabin and Mangano, JJ., concur.

Hopkins, J. P., concurs in the result on constraint of *People v Turrell* (66 AD2d 862).